# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
VLOX, LLC ) ASBCA Nos. 59305, 59306, 59307
) 59308, 59309, 59310
)
Under Contract No. W91B4N-09-D-5005 )

APPEARANCES FOR THE APPELLANT: Joseph A. Artabane, Esq.
  Artabane & Belden, P.C.
  Washington, DC

  Billy B. Ruhling, II, Esq.
  DiMuroGinsberg, P.C.
  Alexandria, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  Frank A. March, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 8 March 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59305, 59306, 59307, 59308, 59309, 59310, Appeals of VLOX, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals